No. 228. SCRIPPS-HOWARD RADIO, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari

denied. *Raymond T. Jackson, George S. Smith* and *Harry P. Warner* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Ralph S. Spritzer, Benedict P. Cottone* and *Max Goldman* for respondent.